**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ALFONSO RANGEL RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Case No. 3:26-cv-00090-MMD-CSD<br><br>**ORDER TRANSFERRING CASE** |

    This Petition for Writ of Habeas Corpus is related to a putative class action pending before Judge Boulware in Case No. 2:25-cv-02136-RFB-MDC. The actions involve similar questions of fact and law, and assignment to the same district judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5). Because the cases are related, assignment to the same judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned judges agree to transfer Case No. 3:26-cv-00090-MMD-CSD to the judge to whom the earliest-filed action is assigned for all further proceedings.

    For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 3:26-cv-00090-MMD-CSD to Judge Richard F. Boulware, II.

    ///

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively **RELATE** this matter to Case No. 2:25-cv-02136-RFB-MDC.

**DATED:** February 6, 2026.

_____   _____
**RICHARD F. BOULWARE, II**      **MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**   **UNITED STATES DISTRICT JUDGE**